JUDGE CROTTY,

**07 CIV 7747**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| T.Co Metals, LLC<br><br>-v-<br><br>Dempsey Pipe & Supply, Inc. | Case No. 07-SD-00046<br><br>Rule 7.1 Statement |



RECEIVED AUG 3 0 2007 U.S.D.C. S.D.N.Y. CASHIERS

 Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for T.Co Metals, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 8/30/07

Signature of Attorney

Attorney Bar Code: AK2275

Form Rule7_1.pdf
2216062v1