Crotty, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration Between

T.CO METALS LLC,

    Petitioner/Plaintiff,

v.

DEMPSEY PIPE & SUPPLY, INC.,

    Respondent/Defendant.

No. 07-7747-PAC
07cv7749

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 26 2007

## STIPULATION

WHEREAS T.Co Metals, LLC and Dempsey Pipe & Supply, Inc. have each filed separate applications to vacate or modify the Final Amended Arbitration Award arising out of an arbitration between the parties;

WHEREAS T.Co Metals LLC's application is docketed in this Court at 07-7747 before the Honorable Paul A. Crotty and Dempsey Pipe & Supply, Inc.'s application is docketed in this Court at 07-7749 before the Honorable George B. Daniels; and

WHEREAS counsel for Dempsey Pipe & Supply, Inc. has brought the parties' related applications to the attention of the Clerk of Court pursuant to Local Rule 1.6;

IT IS HEREBY STIPULATED by and between the parties hereto through the respective counsel, that the time for T.Co Metals LLC and Dempsey Pipe & Supply, Inc. to respond to the applications in this matters is hereby ADJOURNED until the two applications docketed at 07-7747 and 07-7749 are consolidated and the parties submit a further briefing schedule to the Court for consideration.

Dated: New York, NY
      September 17, 2007

| | |
|---|---|
| MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP | MARC J. GOLDSTEIN LAW OFFICES & ARBITRATION CHAMBERS |
| *[signature]* | *[signature]* |
| Alfred J. Kuffler (AK 2275) | Marc J. Goldstein (MG 8701) |
| Lathrop B. Nelson, III | 1230 Avenue of the Americas, 7th Floor |
| 123 South Broad Street | New York, New York 10020 |
| Avenue of the Arts | (212) 799-8605 |
| Philadelphia, PA 19109 | (212) 658-9151 (fax) |
| (215) 772-1500 | goldstein@lexmarc.us |
| (215) 772-7620 (fax) | |
| akuffler@mmwr.com | ATTORNEYS FOR DEMPSEY PIPE & |
| lnelson@mmwr.com | SUPPLY, INC |

D'AMATO & LYNCH, LLP

Stephen F. Willig (SFW 9847)
Meleena M. Bowers (MMB 3538)
70 Pine Street
New York, New York 10270
(212) 269-0927
(212) 269-3559 (fax)
swillig@damato-lynch.com
mbowers damato-lynch.com

ATTORNEYS FOR T.CO METALS, LLC

APPROVED AND SO ORDERED: 9/26/07

*[signature]*

-2-