**Marc J. Goldstein**
**Law Offices**
**& Arbitration Chambers**

Direct Dial: (212) 799-8605
Mobile: (917) 498-1230

October 8, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2007
```

BY FAX

Hon. Paul A. Crotty
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Suite 735
New York, New York 10007

*October 9, 2007*
*Application GRANTED*
*SO Ordered*
*/s/ Paul Crotty*
*USDJ*

Re: *T. Co. Metals LLC v. Dempsey Pipe & Supply Co.*, 07 CV 7747 (PAC); *Dempsey Pipe & Supply Co. v. T. Co. Metals LLC*, 07 CV 7749 (PAC) – Notification of Stipulated Schedule

Dear Judge Crotty:

If acceptable to the Court, the parties have agreed to the following schedule:

October 19, 2007: Dempsey Pipe's Memorandum and further evidence in support of its Petition, and in opposition to T. Co.'s Petition.

November 2, 2007: T. Co.'s response to Dempsey's submissions, and reply in support of its Petition.

November 9, 2007: Dempsey Pipe's reply in support of Dempsey's Petition.

On behalf of Dempsey Pipe, we request oral argument upon the parties' respective applications on a date after November 9 at the earliest convenience of the Court.

**MEMO ENDORSED**

Respectfully yours,

Marc J. Goldstein

cc: Alfred J. Kuffler, Esq. (by E Mail)

1230 Avenue of the Americas, 7th Floor   New York, New York 10020
Fax: (212) 658-9151   Email: Goldstein@Lexmarc.us
Web: www.lexmarc.us