**Marc J. Goldstein**
**Law Offices**
**& Arbitration Chambers**

Direct Dial: (212) 799-8605
Mobile: (917) 498-1230

October 23, 2007

BY FAX

Hon. Paul A. Crotty
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Suite 735
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2007
```

Application **GRANTED**
SO Ordered 10-23-07.
/s/ Paul Crotty
USDJ

Re: *T. Co. Metals LLC v. Dempsey Pipe & Supply Co.*, 07 CV 7747 (PAC); *Dempsey Pipe & Supply Co. v. T. Co. Metals LLC*, 07 CV 7749 (PAC) – Notification of Stipulated Schedule

Dear Judge Crotty:

In view of the need to address Dempsey's petition and T. Co.'s petition in one memorandum, I respectfully request leave to submit a brief that is 28 pages in length.

Respectfully yours,

Marc J. Goldstein

cc. Alfred J. Kuffler, Esq. (by E Mail)

**MEMO ENDORSED**

1230 Avenue of the Americas, 7th Floor   New York, New York 10020
Fax: (212) 658-9151   Email: Goldstein@Lexmarc.us
Web: www.lexmarc.us