# MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
## ATTORNEYS AT LAW

ALFRED J. KUFFLER
ADMITTED IN PENNSYLVANIA & NEW YORK

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109-1029
215-772-1500
FAX 215-772-7620

DIRECT DIAL
215-772-7454

akuffler@mmwr.com

November 1, 2007

**BY FAX 212-805-6304**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Suite 735
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-07

Application **GRANTED**
SO Ordered  11-2-07

/s/ Paul A. Crotty

Re: *T.Co Metals LLC v. Dempsey Pipe & Supply Co.*, 07 CV 7747 (PAC); *Dempsey Pipe & Supply Co. v. T.Co Metals LLC*, 07 CV 7749 – Notification of Stipulated Schedule

Dear Judge Crotty:

We represent T.Co Metals LLC in these consolidated proceedings.

Consistent with Dempsey's prior request for a short extension to serve and file Dempsey's brief, we request a similar extension until November 9 for the service and filing of T.Co Metals LLC's brief and a corresponding extension until November 13 for the service and filing of Dempsey's reply brief. Dempsey consents to this request.

Respectfully submitted,

Alfred J. Kuffler

AF/kmd
cc: Marc J. Goldstein, Esquire (*via fax 212-658-9151*)

**MEMO ENDORSED**

2238277v1

PHILADELPHIA, PA • CHERRY HILL, NJ • WILMINGTON, DE • BERWYN, PA • WEST CHESTER, PA

A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA
LOUIS A. PETRONI - NEW JERSEY RESPONSIBLE PARTNER