MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
ATTORNEYS AT LAW

LATHROP B. NELSON, III
ADMITTED IN PENNSYLVANIA & NEW
JERSEY

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109-1029
215-772-1500
FAX 215-772-7620

DIRECT DIAL
215-772-7473

lnelson@mmwr.com

November 7, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: NOV 1 3 2007
```

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Suite 735
New York, NY 10007

Re:    *T.Co Metals LLC v. Dempsey Pipe & Supply Co., 07 CV 7747 (PAC)*
       *Dempsey Pipe & Supply Co. v. T.Co Metals LLC, 07 CV 7749 (PAC)* —
       Request for Admission *Pro Hac Vice* of Lathrop B. Nelson, III

Dear Judge Crotty:

We represent T.Co Metals LLC in the two consolidated actions set forth above. These actions arise out of an arbitration proceeding held in the Southern District of New York.

During the course of the arbitration, Dempsey Pipe & Supply, Inc. filed a motion in the Southern District of New York to compel an arbitral subpoena pursuant to the Federal Arbitration Act, 9 U.S.C. § 7. The motion was assigned to the Honorable Richard Owen with the miscellaneous civil action number 07 SD 00046, M8-85 Part One.

On February 6, 2007, upon the oral motion of D'Amato & Lynch, LLP, co-counsel for T.Co Metals LLC, Judge Owen granted my admission *pro hac vice* to appear as counsel for T.Co Metals LLC. A copy of Judge Owen's Order is attached hereto as Exhibit A. A copy of the receipt from the Clerk's Office of the Southern District of New York indicating payment for the admission fee is attached hereto as Exhibit B.

Because of the relatedness of the miscellaneous proceedings previously before Judge Owen and the current proceedings, all of which arise out of the same arbitration, T.Co Metals, LLC respectfully requests that the Court apply the attached Order for Admission *Pro Hac Vice* On Oral Motion to the current proceedings and permit me to practice *pro hac vice* as counsel for T.Co Metals LLC in these proceedings.

SO ORDERED: 11/13/07

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2239906v1

**MEMO ENDORSED**

MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

The Honorable Paul A. Crotty
November 7, 2007
Page 2

I am authorized to state that Dempsey Pipe & Supply, Inc. does not object to this request.

Respectfully submitted,

Lathrop B. Nelson, III

LBN/kmd

cc:    Marc J. Goldstein, Esquire
       Alfred J. Kuffler, Esquire
       Steven F. Willig, Esquire

2239906v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

IN THE MATTER OF THE ARBITRATION BETWEEN T. CO.                    _____ CV _____ (____)
METALS, LLC,

CLAIMANT,

                                                                  **ORDER FOR ADMISSION**
              - against -                                         ***PRO HAC VICE***
                                                                  **ON ORAL MOTION**
DEMPSEY PIPE & SUPPLY, INC.,

                        RESPONDENT.

-------------------------------------------------------------- X

          Upon the oral motion of D'Amato & Lynch, attorney for T. Co. Metals, LLC, and said

sponsor attorney's affidavit declaration that applicant Lathrop B. Nelson, III is a member in good

standing of the bars of the State of New Jersey and the Commonwealth of Pennsylvania; and that

applicant's contact information is as follows:

| | | |
|---|---|---|
| Applicant's Name | : | Lathrop B. Nelson, III |
| Firm Name | : | Montgomery, McCracken, Walker & Rhoads, LLP |
| Address | : | 123 South Broad Street |
| City/State/Zip | : | Philadelphia, PA 19109 |
| Telephone/Fax | : | (215) 772-7473/(212) 731-3708 |
| Email Address | : | lnelson@mmwr.com |

said applicant having requested admission *pro hac vice* to appear for all purposes as counsel for T. Co.

Metals, LLC in the above-entitled action;

          **IT IS HEREBY ORDERED,** that Lathrop B. Nelson, III, is admitted to practice *pro hac*

*vice* as counsel in the above-captioned case in the United States District Court for the Southern District of

New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.

Counsel shall immediately forward the *pro hac vice* fee to the Clerk of the Court.

Dated:       2 - 6 - 07
City, State: _____

                                              S/ Richard Owen
                                              _____
                                              United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY:          FEE PAID:      $          SDNY RECEIPT#

#260025v1



ORIGINAL-WHITE     DUPLICATE-YELLOW     TRIPLICATE-PINK

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 605137

at

RECEIVED FROM     Damato & Lynch

M8 85

Prattac / 90cF 22390

Lathrop B. Nelson

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | INVOICE #10959 |
| 508800 | Immigration Fees | DATE\TIME: 2/6/2007 3:27:46 PM |
| 085000 | Attorney Admission Fees | CASHIER: Marc #10 |
| 086900 | Filing Fees | STATION: 02 |
| 322340 | Sale of Publications | 1   MISC FEE          $39.00 |
| 322350 | Copy Fees | 086900    $20. |
| 322360 | Miscellaneous Fees | 510000    $19. |
| 143500 | Interest | PRO HAC          $25.00 |
| 322380 | Recoveries of Court Costs | 6855XX    $25. |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | GRAND TOTAL          $64.00 |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

Checks and drafts are accepted subject to collection and full credit will only be given when the