USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 8/5/08

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
T. CO. METALS, LLC,

                Plaintiff,

-against-

DEMPSEY PIPE & SUPPLY, INC.,

                Defendant.
----------------------------------------------------------X

07 CIVIL 7747 (PAC)

**JUDGMENT**

      Defendant having moved to amend the Court's decision of July 8, 2008, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on August 5, 2008, having rendered its Order denying Dempsey's motion to amend the Court's decision of July 8, 2008, confirming the Arbitrator's Final Award of April 20, 2007 and directing the Clerk of the Court to enter judgment on 07-cv-07747, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 5, 2008, Dempsey's motion to amend the Court's decision of July 8, 2008, confirming the Arbitrator's Final Award of April 20, 2007 is denied; accordingly, judgment is entered in 07-cv-07747 confirming the Original Final Arbitration Award dated April 20, 2007 in full.

**Dated:** New York, New York
          August 5, 2008

                                                J. MICHAEL McMAHON
                                                  **Clerk of Court**

                      BY:
                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____