

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

T.CO METALS LLC,  :  No. 07 CV 7747 (PAC)
      Plaintiff  :
v.  :  **NOTICE OF APPEAL**
     :
DEMPSEY PIPE & SUPPLY, INC.,  :
      Defendant  :

Notice is hereby given that T.Co. Metals LLC, plaintiff, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on August 5, 2008.

Dated: 8-7-08

                Respectfully submitted,

                MONTGOMERY, MCCRACKEN, WALKER &
                RHOADS, LLP

By: _____
                Alfred J. Kuffler (AK 2275)
                Lathrop B. Nelson, III
                123 South Broad Street
                Avenue of the Arts
                Philadelphia, PA 19109
                (215) 772-1500
                (215) 772-7620 (fax)
                akuffler@mmwr.com
                lnelson@mmwr.com

                D'AMATO & LYNCH, LLP

2332273v1

By: _____
Stephen F. Willig (SFW 9847)
Meleena M. Bowers (MMB 3538)
70 Pine Street
New York, New York 10270
(212) 269-0927
(212) 269-3559 (fax)
swillig@damato-lynch.com
mbowers damato-lynch.com

Attorneys for Appellants